## BODDIE V. COLBURN, ET AL.
## SAME V. HERRIOTT, ET AL.
## SAME V. SIMMS, ET AL.
## SAME V. GASTON, ET AL.

*Cancellation of Instrument.*

(Decided June 4, 1907.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. A. H. BENNERS.

WINKLER & MOORE, and A. O. LANE, for appellant.

CABANISS & BOWIE, Z. T. RUDOLPH, A. C. & H. R. HOWZE, HENRY UPTON SIMS, and GASTON & PETTUS, for appellee.

Per Curiam.—Affirmed on the authority of *Boddie v. Ward*, 151 Ala. 198, 44 South. 105.